# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

Clifford W. Taylor,
Chief Justice

128570

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HARVEY J. COWAN and SUE COWAN,
    Plaintiffs-Appellants,

v

LAKEVIEW VILLAGE CONDOMINIUM
ASSOCIATION, METROPOLITAN
PROPERTY MANAGEMENT, INC., and
T & J LANDSCAPING AND SNOW
REMOVAL, INC.,
    Defendants-Appellees.

SC: 128570
COA: 251645
Macomb CC: 02-001182-NO

_____/

    On order of the Court, the application for leave to appeal the February 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    CAVANAGH and KELLY, JJ., would grant leave to appeal.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

Clerk

t1128